NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>  )<br>vs.  )<br>  )<br>EIBUN ABE,  )<br>  )<br>            Defendant.  )<br>  )<br>_____  ) | Case No. 3:94-cr-00076-JKS-JDR<br><br>STATUS REPORT PURSUANT TO<br>COURT'S ORDER |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive. Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 23rd day of July, 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Karen L. Loeffler
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Rm 253
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: karen.loeffler@usdoj.gov