NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,   )   | Case No. 3:94-cr-00076-JKS-JDR |
| )| |
| Plaintiff,   )| |
| )| STATUS REPORT PURSUANT TO |
| vs.   )| COURT'S ORDER |
| )| |
| EIBUN ABE,   )| |
| )| |
| Defendant.   )| |
| )| |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯   )| |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive. Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 4th day of September, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/Karen L. Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov