IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>EIBUN ABE,<br><br>    Defendant. | Case No. 3:94-cr-00076-JKS-JDR<br><br>**ORDER GRANTING MOTION<br>TO DISMISS INDICTMENT** |

Having considered the government's Motion [22] to Dismiss Indictment, IT IS HEREBY ORDERED that the government's motion is GRANTED. The above-captioned indictment is dismissed without prejudice. Arrest Warrant is Quashed.

IT IS SO ORDERED.

DATED this 5th day of August, 2011, at Anchorage, Alaska.

        /s/ John D. Roberts
        John D. Roberts
        United States Magistrate Judge